UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRIS CARLSON, | CASE NO. C20-1150 MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| HOME DEPOT USA INC, | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

The Court has reviewed the Parties' Stipulated Protective Order. (Dkt. No. 11.) Although the Parties have entitled the document a "Model Stipulated Protective Order," it does not track the District's Model Protective Order. In Section 4.3 of the Stipulation, the Parties propose a system of filing materials under seal which deviates from the District's Model Protective Order and appears not to allow a party to file and the Court to review confidential materials filed in support of motions and oppositions. This is not appropriate. The Court DENIES the Stipulated

MINUTE ORDER - 1

Protective Order and instructs the Parties to review the District's Model Protective Order and conform any revised stipulated protective order to the Model Protective Order's sealing process.

The clerk is ordered to provide copies of this order to all counsel.

Filed November 17, 2020.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER - 2