UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRIS CARLSON, | CASE NO. C20-1150 MJP |
| Plaintiff, | ORDER GRANTING JOINT MOTION TO CONTINUE DEADLINES |
| v. | |
| HOME DEPOT USA INC, | |
| Defendant. | |

This matter comes before the Court on the Parties' Joint Motion to Continue Deadlines. (Dkt. No. 19.) The Court has reviewed the Motion and GRANTS the relief requested.

The Court finds good cause to extend the case deadlines given the Parties' representations about the need for additional time to prepare for the motion for class certification. See Fed. R. Civ. P. 16(b). The parties have also shown diligence in abiding by the existing case deadlines and the need for this additional time. The Court therefore amends the existing Case Schedule Order (Dkt. No. 18) with the following dates, while keeping all other dates and requirements from that Order remain in effect:

| Event | New Deadline |
|---|---|
| Class Certification Motions filed by | July 16, 2021 |
| Class Certification Responses filed by | August 13, 2021 |
| Expert Reports due by | November 5, 2021 |
| Discovery Motions filed by | November 18, 2021 |
| Discovery Completed by | December 17, 2021 |
| Dispositive Motions filed by | January 13, 2022 |

The clerk is ordered to provide copies of this order to all counsel.

Dated April 13, 2021.

Marsha J. Pechman
United States District Judge