The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRIS CARLSON, individually and on behalf of all persons similarly situated,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>HOME DEPOT U.S.A., INC., a foreign corporation; and THE HOME DEPOT, INC., a foreign corporation,<br><br>　　　　　　　　　　　Defendants. | No. 2:20-cv-01150 MJP<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE TRIAL DATE AND RELATED DATES |

THIS MATTER came before the Court on the Parties' Joint Motion to Continue Trial Date and Related Dates. The Court has considered the submissions of the parties and the records and files here, and is otherwise fully informed.

IT IS HEREBY ORDERED that the Parties' Joint Motion to Continue Trial Date and Related Dates is GRANTED. The date of trial and deadlines for trial-related dates are as follows:

| Type of Deadline | Deadline |
|---|---|
| Plaintiff's Disclosure of Expert Report(s) | February 3, 2022 |
| Defendants' Disclosure of Expert Report(s) | February 24, 2022 |
| Discovery Motions | February 16, 2022 |
| Discovery Completed | March 17, 2022 |
| Dispositive Motions | April 13, 2022 |
| Motions in Limine | June 6, 2022 |
| Agreed pretrial order due | June 27, 2022 |
| Trial briefs and Proposed Findings of Fact and Conclusions of Law | June 29, 2022 |
| Pretrial conference | June 29, 2022 at 1:30 PM |
| Trial Date | July 25, 2022 |

All other requirements set forth in the Order Setting Trial Date and Related Dates (Dkt. No. 18) shall continue to apply.

IT IS SO ORDERED, this 10th day of November, 2021.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

PRESENTED BY:

*s/ Elizabeth Hanley*
SCHROETER GOLDMARK & BENDER

ORDER GRANTING JOINT MOTION TO
CONTINUE TRIAL DATE AND RELATED
DATES– 2
(Case No. 2:20-cv-01150 MJP)

SCHROETER GOLDMARK & BENDER
401 Union Street ● Suite 3400 ● Seattle, WA 98101
Phone (206) 622-8000 ● Fax (206) 682-2305

Elizabeth Hanley, WSBA #38233
Adam J. Berger, WSBA #20714
401 Union Street, Suite 3400
Seattle, WA 98101
Tel: (206) 622-8000
Email: berger@sgb-law.com
Email: hanley@sgb-law.com

*Class Counsel*

*s/ David G. Hosenpud*
LANE POWELL PC
David G. Hosenpud, Pro Hac Vice
601 SW Second Avenue, Suite 2100
Portland, OR 97204-3158
Phone: 503.778.2255
Email: hosenpudd@lanepowell.com

LANE POWELL PC
D. Michael Reilly, WSBA #14674
Taylor Washburn, WSBA#51524
Shirley Lou-Magnuson, WSBA #52112
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, WA  98111-9402
Phone: 206.223.7000 – Fax: 206.223.7107
Email: reillym@lanepowell.com
Email: washburnt@lanepowell.com
Email: LouMagnusonS@LanePowell.com

*Counsel for Defendants*