UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRIS CARLSON, individually and on behalf of all persons similarly situated,<br><br>                                Plaintiff,<br><br>        v.<br><br>HOME DEPOT U.S.A., INC., a foreign corporation; and THE HOME DEPOT, INC., a foreign corporation,<br><br>                                Defendants. | No. 2:20-cv-01150 MJP<br><br>ORDER APPROVING CLASS NOTICE |

The Court hereby approves the form of Class Notice appended as Exhibit A to the Parties' Stipulated Motion for Approval of Class Notice, approves the Notice Plan set forth in that Motion, and directs the Parties to provide Class Notice in accordance with the Notice Plan set forth in that Motion. The Court finds that the Class Notice and Notice Plan, as approved, provide the best notice practicable to class members under the circumstances and fully comport with the requirements of Fed. R. Civ. P. 23(c)(2)(B) and due process.

DATED this 17th day of December, 2021.

*[signature]*

The Honorable Marsha J. Pechman
United States Senior District Judge

ORDER APPROVING CLASS NOTICE  – 1