UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRIS CARLSON,<br><br>                    Plaintiff,<br><br>     v.<br><br>HOME DEPOT USA INC, THE HOME DEPOT INC,<br><br>                    Defendants. | CASE NO. C20-1150 MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

Defendants filed a "Stipulated Motion for Withdrawal and Substitution of Counsel" and noted it for consideration on January 14, 2022, the same day it was filed. (Dkt. No. 122.) Defendants' motion is not a stipulated motion because it has not been signed by counsel for Plaintiff as required by Local Rule 83.2(b)(1). As Local Rule 83.2(b)(1) makes clear, the motion should have been noted in accordance with Local Rule 7(d)(3). Accordingly, the Court RE-

MINUTE ORDER - 1

NOTES Defendants' motion to February 4, 2022 in accordance with Local Rules 83.2(b)(1) and 7(d)(3).

The clerk is ordered to provide copies of this order to all counsel.

Filed January 14, 2022.

Ravi Subramanian  
Clerk of Court

s/Serge Bodnarchuk  
Deputy Clerk