UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRIS CARLSON,<br><br>                      Plaintiff,<br><br>    v.<br><br>HOME DEPOT USA INC, THE HOME DEPOT INC,<br><br>                      Defendants. | CASE NO. C20-1150 MJP<br><br>ORDER GRANTING MOTION TO SUBSTITUTE COUNSEL |

This matter comes before the Court on Defendants' Motion for Withdrawal and Substitution of Counsel. (Dkt. No. 122.) Having reviewed the Motion—which incorrectly referred to itself as "stipulated" motion—and all related materials, and noting the absence of any opposition, the Court GRANTS the Motion. The Court finds that the Motion complies with Local Rule 83.2(b)(1), and that the substitution is permitted. David G. Hosenpud, D. Michael Reilly, Taylor Washburn and Shirley S. Lou-Magnuson of the law firm Lane Powell PC are permitted to withdraw as counsel of record for Defendants and Laurence A. Shapero and Kyle D.

ORDER GRANTING MOTION TO SUBSTITUTE COUNSEL - 1

1  Nelson of the law firm Ogletree, Deakins, Nash, Smoak & Stewart, P.C. are hereby substituted
2  as counsel of record for Defendants.
3      The clerk is ordered to provide copies of this order to all counsel.
4      Dated February 8, 2022.

                                     Marsha J. Pechman
                                     United States Senior District Judge

ORDER GRANTING MOTION TO SUBSTITUTE COUNSEL - 2