UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRIS CARLSON, individually and on behalf of all persons similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>HOME DEPOT U.S.A., INC. and THE HOME DEPOT, INC.,<br><br>        Defendants. | CASE NO. C20-1150 MJP<br><br>ORDER DENYING STIPULATED MOTION FOR NEW TRIAL DATE AND PRE-TRIAL DEADLINES |

This matter comes before the Court on the Parties' Stipulated motion for New Trial Date and Pre-Trial Deadlines. (Dkt. No. 130.) Having reviewed the Motion and docket, the Court DENIES the Motion without prejudice.

The Parties ask the Court to set a new trial date and extend the case deadlines by roughly 6 months. The request stems from a supplemental expert report that was served by Plaintiff approximately five weeks after the deadline for his experts' disclosures. The Parties dispute whether the disclosure was timely or not. Rather than raise the issue with the Court, the Parties

1  ask the Court to set a new trial date and extend case deadlines dates so that Parties can "resolve
2  this issue informally." (Dkt. No. 130 at 2.) The Court does not find this to be grounds to issue a
3  new trial date or to extend any of the deadlines identified. At most, the purported late disclosure
4  might warrant an extension of the discovery deadline and/or dispositive motion deadline. But the
5  Parties provide no explanation of what specific discovery Defendants want to undertake, how
6  long it might take, and why it has not already occurred. The Court therefore DENIES the Motion
7  without prejudice. The Parties may renew their motion that addresses the Court's concerns. The
8  Parties should also be aware that the Court cannot set this matter for trial in January 2023 and
9  that the earliest date after that is in May 2023.

The clerk is ordered to provide copies of this order to all counsel.

Dated March 31, 2022.

Marsha J. Pechman
United States Senior District Judge