Honorable Judge Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CHRIS CARLSON, individually and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., a foreign corporation; and THE HOME DEPOT, INC., a foreign corporation,<br><br>Defendants. | Case No.: 2:20-cv-01150-MJP<br><br>**ORDER GRANTING SECOND STIPULATED MOTION FOR NEW TRIAL DATE AND PRE-TRIAL DEADLINES** |

THIS MATTER came before the Court on the Parties' Second Stipulated Motion for New Trial Date and Pre-Trial Deadlines. The Court has considered the submissions of the parties and the records and files here, and is otherwise fully informed.

The Court finds good cause to extend the case deadlines and trial date and therefore GRANTS the Motion and sets the following trial date and related case deadlines:

//

//

//

//

ORDER GRANTING SECOND STIPULATED MOTION FOR NEW TRIAL DATE AND PRE-TRIAL DEADLINES - 1
Case No. 2:20-cv-01150-MJP

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

| Type of Deadline | Current Deadline | New Deadline |
|---|---|---|
| New Deadline for Completion of Limited Discovery by Defendant Solely With Respect to Plaintiff's Expert Witness and Defendant's Rebuttal Expert Witness(es) | Discovery Deadline Was March 17, 2022 | September 16, 2022 |
| Dispositive Motions | April 13, 2022 | October 13, 2022 |
| Motions in Limine | June 6, 2022 | April 10, 2023 |
| Agreed Pretrial Order | June 27, 2022 | May 2, 2023 |
| Trial briefs and Proposed Findings of Fact and Conclusions of Law | June 29, 2022 | May 2, 2023 |
| Pretrial Conference | June 29, 2022 | May 9, 2023 at 1:30 PM |
| Bench Trial Date | July 11, 2022 | May 15, 2023 |

IT IS SO ORDERED, this 4th day of April, 2022.

*[signature]*

MARSHA J. PECHMAN
United States Senior District Judge

ORDER GRANTING SECOND STIPULATED MOTION FOR NEW TRIAL DATE AND PRE-TRIAL DEADLINES - 2
Case No. 2:20-cv-01150 MJP

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

PRESENTED BY:

By: /s/ Laurence A. Shapero
By: /s/ Evan R. Moses
Laurence A. Shapero, WSBA #31301
laurence.shapero@ogletree.com
1201 Third Avenue, Suite 5150
Seattle, WA 98101
T: 206-693-7057
F: 206-693-7058

Evan R. Moses (*Pro Hac Vice*), CA Bar #198099
evan.moses@ogletree.com
400 South Hope Street, Suite 1200
Los Angeles , CA 90071
T: 213-438-5851
F: 213-239-9045

*Attorneys for Defendants*


By: /s/ Adam Berger
By: /s/ Elizabeth Hanley
Adam Berger, WSBA #20714
berger@sgb-law.com
Elizabeth Hanley, WSBA #38233
hanley@sgb-law.com
401 Union Street, Suite 3400
Seattle, WA  98101
Telephone: (206) 622-8000
Facsimile: (206) 682-2305

*Attorneys for Plaintiff*

ORDER GRANTING SECOND STIPULATED MOTION FOR NEW TRIAL DATE AND PRE-TRIAL DEADLINES - 3
Case No. 2:20-cv-01150 MJP

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone:  206-693-7057 | Fax: 206-693-7058