UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRIS CARLSON, individually and on behalf of all persons similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>HOME DEPOT U.S.A., INC. and THE HOME DEPOT, INC.,<br><br>　　　　　　Defendants. | CASE NO. C20-1150 MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

Due to an oversight, the Court set the final fairness hearing on the proposed class action settlement for May 29, 2023, a Court holiday. The Court therefore RESETS the final fairness hearing to May 30, 2023 at 3:30 PM. The Court directs the Parties to amend their notices accordingly.

\\

MINUTE ORDER - 1

1   The clerk is ordered to provide copies of this order to all counsel.

2   Filed February 17, 2023.

                                        Ravi Subramanian
                                        Clerk of Court

                                        s/Serge Bodnarchuk
                                        Deputy Clerk

MINUTE ORDER - 2