1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

CHRIS CARLSON, individually and on
behalf of all persons similarly situated,

CASE NO. C20-1150 MJP

11

Plaintiff,

MINUTE ORDER

12

v.

13

14

HOME DEPOT U.S.A., INC. and THE
HOME DEPOT, INC.,

15

Defendants.

16

17

18

The following minute order is made by the direction of the court, the Honorable Marsha

19

J. Pechman, United States Senior District Judge:

20

In light of the scheduled final fairness hearing and the proposed class action settlement,

21

the Court hereby VACATES the trial date and all other remaining deadlines in this matter.

22

\\

23

\\

24

1       The clerk is ordered to provide copies of this order to all counsel.

2       Filed February 17, 2023.

3

                             Ravi Subramanian

4                              Clerk of Court

5                              s/Serge Bodnarchuk

                             Deputy Clerk

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

MINUTE ORDER - 2