UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRIS CARLSON, individually and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A., INC. and THE HOME DEPOT, INC.,<br><br>Defendants. | CASE NO. C20-1150 MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

In preparation for the upcoming final fairness hearing, the Court ORDERS Plaintiff to file a declaration detailing the lodestar for Plaintiff's counsel's work in this matter. The declaration must identify for each individual billing time to this matter, the number of hours expended and the hourly rate requested. The declaration must be filed by 5:00 PM on May 26, 2023.

1 | The clerk is ordered to provide copies of this order to all counsel.

2 | Filed May 25, 2023.

        Ravi Subramanian
        Clerk of Court

        s/Serge Bodnarchuk
        Deputy Clerk

MINUTE ORDER - 2